No. 124, October Term, 1961. CREEK NATION v. UNITED STATES, 370 U. S. 157;

No. 842, October Term, 1961. KELLY v. UNITED STATES, 369 U. S. 886;

No. 885, October Term, 1961. WILLIAMS v. HOT SHOPPES, INC., 370 U. S. 925;

No. 907, October Term, 1961. N. V. HANDELSBUREAU LA MOLA v. KENNEDY, ATTORNEY GENERAL, 370 U. S. 940;

No. 910, October Term, 1961. WILBURN BOAT CO. ET AL. v. FIREMAN'S FUND INSURANCE CO., 370 U. S. 925;

No. 956, October Term, 1961. GRIECO v. UNITED STATES, 370 U. S. 925;

No. 974, October Term, 1961. ART NATIONAL MANUFACTURERS DISTRIBUTING CO. ET AL. v. FEDERAL TRADE COMMISSION, 370 U. S. 939;

No. 977, October Term, 1961. FUNKHOUSER v. UNITED STATES, 370 U. S. 939; and

No. 1028, October Term, 1961. ATKINSON ET AL. v. CITY OF DALLAS, 370 U. S. 939. Petitions for rehearing denied.

No. 190, October Term, 1961. UNITED STATES v. DAVIS ET AL., 370 U. S. 65;

No. 268, October Term, 1961. DAVIS ET AL. v. UNITED STATES, 370 U. S. 65; and

No. 396, October Term, 1961. RUDOLPH ET UX. v. UNITED STATES, 370 U. S. 269. Petitions for rehearing denied. MR. JUSTICE WHITE took no part in the consideration or decision of these applications.

No. 242, October Term, 1961. GLIDDEN COMPANY v. ZDANOK ET AL., 370 U. S. 530. Motion of American Spice Trade Association et al. for leave to file brief, as *amici curiae*, granted. Motion for leave to file petition for rehearing denied. MR. JUSTICE WHITE took no part in the consideration or decision of these motions.